IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., § <br> as Broadcast Licensee of the August 8, 2009 § <br> UFC 101: "Declaration," Penn/ Florian Event, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> 1) THE LODGE SPORTS BAR & BILLIARDS § <br> SOCIAL CLUB, INC., Individually and d/b/a § <br> THE LODGE SPORTS BAR & BILLIARDS and § <br> d/b/a THE LODGE SPORTS BAR; § <br> 2) DANIEL N. HAISLIP, Individually and d/b/a § <br> THE LODGE SPORTS BAR & BILLIARDS and § <br> d/b/a THE LODGE SPORTS BAR; § <br> § <br> Defendants. § | Civil Action No. 6:11-cv-406 |

## AGREED JUDGMENT

On this day, came on to be heard the above-entitled and numbered cause wherein Plaintiff Joe Hand Promotions, Inc. (Plaintiff") and Defendants The Lodge Sports Bar & Billiards Social Club, Inc., Individually and d/b/a The Lodge Sports Bar & Billiards and d/b/a The Lodge Sports Bar and Daniel N. Haislip, Individually and d/b/a The Lodge Sports Bar & Billiards and d/b/a The Lodge Sports Bar (collectively "Defendants") appeared by and through their attorneys of record and announced ready for trial and request the following Agreed Judgment in favor of Plaintiff and against Defendants. The Court finds that it has jurisdiction over the subject matter and the parties to this cause. The Court accepts the parties' stipulation that Defendants willfully, intentionally and fraudulently violated the Communications Act of 1934, as amended, specifically including 47 U.S.C. §§ 553 and 605.

IT IS, THEREFORE, ORDERED that Plaintiff have and recover from Defendants, jointly and severally, damages in the amount of Twenty Thousand and 00/100 Dollars ($20,000.00).

IT IS FURTHER ORDERED that Plaintiff shall recover court costs from Defendants, jointly and severally, and that Plaintiff shall have and recover interest on all sums awarded herein, compounded annually, at the rate of five percent (5%) from the date of judgment, set forth below, until paid.

All writs and process for the enforcement and collection of this judgment may issue as necessary. In connection with any Writ of Execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this Judgment.

This judgment is a final judgment. Therefore, any relief not expressly granted herein is denied.

**So ORDERED and SIGNED this 24th day of April, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**